Curtis S. THOMPSON, Plaintiff–Appellant,

v.

Randall HIGA, Seattle Police Department, Defendant–Appellee,

and

Sergeant Ingersol, King County Jail; et al., Defendants.

No. 07–35655.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 20, 2008.

Curtis S. Thompson, Seattle, WA, pro se.

Darrin E. Bailey, Esquire, Stephen P. Larson, Esquire, Stafford Frey Cooper, Seattle, WA, for Defendant–Appellee.

Kerry Jane Keefe, Esquire, King County Prosecuting Attorney's Office, Civil Division/Tort Section, Seattle, WA, for Defendants.

Before LEAVY, RYMER, and THOMAS, Circuit Judges.

MEMORANDUM **

Curtis S. Thompson, a Washington state prisoner, appeals pro se from the district

court's summary judgment for one police officer in Thompson's 42 U.S.C. § 1983 action alleging excessive force against several defendants. We dismiss.

We lack jurisdiction over this appeal because the district court did not certify its order pursuant to Federal Rule of Civil Procedure 54(b), and the action is stayed as to the remaining defendants. *See* 28 U.S.C. §§ 1291 & 1292.

Thompson's request to transfer this case to another circuit because of alleged bias is not persuasive.

**DISMISSED.**